AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

JULIO SMITH PARRA,

      Plaintiff,

V.

NEVADA PAROLE BOARD, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:12-cv-00616-RCJ-VPC

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action shall be DISMISSED without prejudice for failure to state a claim upon which relief may be granted. This dismissal shall count as a "strike" for purposes of 28 U.S.C. § 1915(g).

July 10, 2013

**LANCE S. WILSON**
Clerk

/s/ K. Rusin
Deputy Clerk